NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERFORMANCE PRICING HOLDINGS, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2018-1189, 2018-1191

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2016-00049, CBM2016-00050.

---

**JUDGMENT**

---

RUDOLPH A. TELSCHER, JR., Husch Blackwell LLP, St. Louis, MO, argued for appellant. Also represented by ANTHONY G. SIMON, BENJAMIN R. ASKEW, ANTHONY R. FRIEDMAN, The Simon Law Firm, P.C., St. Louis, MO.

SONAL NARESH MEHTA, Durie Tangri LLP, San Francisco, CA, argued for appellee. Also represented by ANDREW LOUIS PERITO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td><u>March 15, 2019</u></td><td><u>/s/ Peter R. Marksteiner</u></td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>